# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150404 & (11)(12)(13)

*In re*:

HON. J. CEDRIC SIMPSON

SC: 150404
JTC Formal Complaint 96

_____/

On order of the Court, the motions by the Vanzetti M. Hamilton Bar Association and the Michigan Chapter of the National Conference of Black Lawyers for leave to file briefs amicus curiae are GRANTED. The motion to remand this case to the Judicial Tenure Commission (JTC) for further proceedings is GRANTED. On remand, the JTC shall consider the information that the respondent has obtained and that was in the possession of the JTC Examiner before the hearing in this matter, but was not made available to the respondent for inspection or copying, see MCR 9.208(C)(1)(a)(ii). If it finds it appropriate, the JTC shall issue a new decision and recommendation. In order to expedite the resolution of this matter, we ORDER the Commission to submit its decision after remand to this Court within 28 days of the date of this order.

The respondent's petition to reject or modify the JTC Decision and Recommendation remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

s1216